# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 14, 2024

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

    No. 24-30706    Roake v. Brumley
                  USDC No. 3:24-CV-517

Dear Counsel:

The court has requested a Response to Appellants' Motion for an administrative stay pending the Court's disposition of the forthcoming motion for stay pending appeal, be filed in this office on or before 4:00 pm on TODAY, November 14, 2024.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Dantrell L. Johnson, Deputy Clerk
                      504-310-7689

cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Zachary Faircloth
    Mr. Alex J. Luchenitser
    Mr. Charles Andrew Perry