# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30706   Roake v. Brumley
                   USDC No. 3:24-CV-517

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Dantrell L. Johnson, Deputy Clerk
                      504-310-7689

Mr. Jorge Benjamin Aguinaga
Mr. Zachary Faircloth
Mr. Alex J. Luchenitser
Mr. Michael L. McConnell
Mr. Charles Andrew Perry
Ms. Heather Weaver
Mr. Jonathan K. Youngwood