# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 24-30706

Roake vs. Brumley
(Short Title)

The Clerk will enter my appearance as Counsel for: Please see attachment.

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Benjamin A. Fleshman  
(Signature)

bfleshman@becketlaw.org  
(e-mail address)

Benjamin A. Fleshman  
(Type or print name)

DC Bar No. 1781280  
(State/Bar No.)

(Title, if any)

The Becket Fund for Religious Liberty  
(Firm or Organization)

Address: 1919 Pennsylvania Ave. NW, Suite 400

City & State: Washington, DC       Zip: 20006

Primary Tel. (202) 955-0095   Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** J. Benjamin Aguiñaga

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
   ☐ Yes   ☑ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
   ☑ Yes   ☐ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
   ☐ Yes   ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case: Yes-preliminary injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Dier v. Landry, et al. Civil Action No. 2:24-cv-2306

Name of Court or Agency: Eastern District of Louisiana

Status of Appeal (if any): _____

Other Status (if not appealed): _____

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED June 2023

Fifth Circuit Case No. 24-30706

The Clerk will enter my appearance as Counsel for:

Cade Brumley, in his official capacity as the Louisiana State Superintendent of Education; Conrad Appel, in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education (LSBESE); Judy Armstrong, in her official capacity as a member of the LSBESE; Kevin Berken, in his official capacity as a member of the LSBESE; Preston Castille, in his official capacity as a member of LSBESE; Simone Champagne, in her official capacity as a member of the LSBESE; Sharon Latten-Clark, in her official capacity as a member of the LSBESE; Lance Harris, in his official capacity as a member of LSBESE; Paul Hollis, Louisiana State Board of Elementary and Secondary Education; Sandy Holloway, in her official capacity as a member of the LSBESE; Stacey Melerine, in her official capacity as a member of the LSBESE; Ronnie Morris, in his official capacity as a member of the LSBESE.