No. 24-30706

# In the United States Court of Appeals for the Fifth Circuit

Darcy Roake, Reverend, on behalf themselves and on behalf of their minor children, real party in interest A.V., real party in interest S.V.; Adrian Van Young, on behalf of themselves and on behalf of their minor children, real party in interest A.V., real party in interest S.V.; Mamie Broadhurst, Reverend, on behalf of themselves and on behalf of their minor child, real party in interest N.W.; Richard Williams, Reverend, on behalf of themselves and on behalf of their minor child, real party in interest N.W.; Jeff Sims, Reverend, on behalf of himself and on behalf of his minor children, real party in interest A.S., real party in interest C.S. 1, real party in interest C.S. 2; Jennifer Harding, on behalf of themselves and on behalf of their minor child, real party in interest A.O.; Benjamin Owens, on behalf of themselves and on behalf of their minor child, real party in interest A.O.; David Hawley, on behalf of themselves and on behalf of their minor children real party in interest A.H., real party in interest L.H.; Erin Hawley, on behalf of themselves and on behalf of their minor children, real party in interest A.H, real party in interest L.H.; Dustin McCrory, on behalf of themselves and on behalf of his minor children, real party in interest E.M.; real party in interest P.M., real party in interest L.M.; Gary Sernovitz, on behalf of themselves and on behalf of their minor child, real party in interest T.S.; Molly Pulda, on behalf of themselves and on behalf of their minor child. real party in interest T.S.; Christy Alkire, on behalf of herself and on hehalf of her minor child, real party in interest L.A.; Joshua Herlands, on behalf of himself and on behalf of his minor children, real party in interest E.H., real party in interest J.H.,

*Plaintiffs-Appellees*

v.

Cade Brumley, in his official capacity as the Louisiana State Superintendent of Education; Conrad Appel, in his official capacity as a member of the Louisiana State Board of Elementary and

Secondary Education (LSBESE); Judy Armstrong, in her official capacity as a member of the LSBESE; Kevin Berken, in his official capacity as a member of the LSBESE; Preston Castille, in his official capacity as a member of LSBESE; Simone Champagne, in her official capacity as a member of the LSBESE; Sharon Latten-Clark, in her official capacity as a member of the LSBESE; Lance Harris, in his official capacity as a member of LSBESE; Paul Hollis, Louisiana State Board of Elementary and Secondary Education; Sandy Holloway, in her official capacity as a member of the LSBESE; Stacey Melerine, in her official capacity as a member of the LSBESE; Ronnie Morris, in his official capacity as a member of the LSBESE; East Baton Rouge Parish School Board; Livingston Parish School Board; Vernon Parish School Board; St. Tammany Parish School Board,

*Defendants-Appellants*

---

On Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:24-cv-517, Hon. John W. deGravelles

---

# MOTION FOR ORAL ARGUMENT ON THE MOTION FOR STAY PENDING APPEAL AND TO EXPEDITE MERITS BRIEFING

---

| | |
|---|---|
| Eric C. Rassbach<br>Joseph C. Davis<br>Benjamin A. Fleshman<br>Amanda L. Salz<br>Kelsey Baer Flores<br>The Becket Fund for<br>   Religious Liberty<br>1919 Pennsylvania Ave. NW<br>   Suite 400<br>Washington, D.C. 20006<br><br>*Counsel for Appellants Brumley and LSBESE Officials* | Elizabeth B. Murrill<br>Attorney General of Louisiana<br><br>J. Benjamin Aguiñaga<br>Solicitor General<br><br>Zachary Faircloth<br>Principal Deputy Solicitor General<br><br>Office of the Attorney General<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746<br>AguinagaB@ag.louisiana.gov<br><br>*Counsel for Appellants* |

## CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required here because, under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellants—as "governmental" parties—need not furnish a certificate of interested persons.

Under Federal Rule of Appellate Procedure 27, Appellants respectfully move the Court (a) to hold oral argument on Appellants' motion for stay pending appeal as soon as practicable following completion of the stay briefing and (b) to expedite merits briefing.[1]

As Appellants' stay motion explains in further detail, the district court's injunction in this case prevents Appellants from implementing H.B. 71—a Louisiana law that requires Appellants' compliance by January 1, 2025. The district court's injunction order, moreover, spans 177 pages and covers a wide variety of issues.

Appellants respectfully submit that expeditious oral argument on the stay motion would substantially assist the Court in its decision-making process. Appellees' stay response is due November 25. And Appellants can commit to filing their stay reply by November 27 to ensure that the Court has the materials it needs to render a decision before January 1, 2025. To that end, Appellants would appreciate the opportunity to present oral argument on the motion (either virtual or in-person) as soon as practicable after November 27, to aid the Court's

---

[1] Counsel for Plaintiffs advised that Plaintiffs take no position on the need for oral argument concerning the stay motion, nor do they take a position at this time regarding the expedition of the substantive appeal.

consideration of the case—particularly given the substantial amount of issues in play.

Separately, given the tight timeline presented by H.B. 71's January 1, 2025, deadline, Appellants respectfully request that the Court expedite merits briefing to ensure that this appeal is resolved as quickly as possible.

For these reasons, Appellants respectfully move the Court (a) to hold oral argument on Appellants' motion for stay pending appeal as soon as practicable following completion of the stay briefing and (b) to expedite merits briefing.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ERIC C. RASSBACH<br>JOSEPH C. DAVIS<br>BENJAMIN A. FLESHMAN<br>AMANDA L. SALZ<br>KELSEY BAER FLORES<br>THE BECKET FUND FOR<br> RELIGIOUS LIBERTY<br>1919 Pennsylvania Ave. NW<br> Suite 400<br>Washington, D.C. 20006<br><br>*Counsel for Appellants*<br>*Brumley and LSBESE Officials*<br><br>Dated:   November 15, 2024 | ELIZABETH B. MURRILL<br>Attorney General of Louisiana<br><br>*/s/ J. Benjamin Aguiñaga*<br>J. BENJAMIN AGUIÑAGA<br>Solicitor General<br><br>ZACHARY FAIRCLOTH<br>Principal Deputy Solicitor General<br><br>OFFICE OF THE ATTORNEY GENERAL<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746<br>AguinagaB@ag.louisiana.gov<br><br>*Counsel for Appellants* |

## CERTIFICATE OF SERVICE

I certify that on November 15, 2024, I filed the foregoing brief with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

## CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this motion complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 292 words; and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 2016 (the same program used to calculate the word count).

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

Dated:   November 15, 2024