# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

_____

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-3539

E-mail Address
jyoungwood@stblaw.com

VIA ELECTRONIC FILING                    November 19, 2024

Re:     *Roake v. Brumley, 24-30706*

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals
for the Fifth Circuit
Clerk's Office
600 S. Maestri Place
Suite 115
New Orleans, LA  70130

Dear Mr. Cayce:

        We represent Plaintiffs-Appellees in the above-captioned appeal.  On November 15, 2024, Defendants-Appellants filed a Motion for Oral Argument (ECF Doc. #39) on their Motion for a Stay Pending Appeal ("Stay Motion"), which we will oppose.  Plaintiffs-Appellees take no position on whether oral argument is warranted on the Stay Motion.  We do write to inform the Court that with respect to the next three weeks (through December 9), we are unavailable for oral argument on December 4, 2024, because of a previously scheduled argument in the Ninth Circuit in San Francisco, and only available for a virtual appearance on November 27th, 29th and December 5th, due to travel.  Should the Court consider scheduling oral argument after December 9, we would be pleased to provide further dates of availability.

        Thank you for your consideration of these dates.

                                            Respectfully,

                                            /s/ Jonathan K. Youngwood

                                            Jonathan K. Youngwood

cc: Counsel of Record (via ECF)

BEIJING     BOSTON     BRUSSELS     HONG KONG     HOUSTON     LONDON     LOS ANGELES     PALO ALTO     SÃO PAULO     TOKYO     WASHINGTON, D.C.