# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30706   Roake v. Brumley
                  USDC No. 3:24-CV-517

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Joseph Charles Davis
Mr. Zachary Faircloth
Mr. Benjamin Fleshman
Ms. Kelsey Flores
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Michael L. McConnell
Mr. Charles Andrew Perry
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Ms. Heather Weaver
Mr. Jonathan K. Youngwood

**P.S. to All Counsel:** An expedited briefing schedule will issue under separate cover. Paper copies of all briefs will be due for filing immediately after electronic filing.