# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30706      Roake v. Brumley
                     USDC No. 3:24-CV-517

Enclosed is an order entered in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Dantrell Johnson*

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689


Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Joseph Charles Davis
Mr. Patrick Elliott
Mr. Zachary Faircloth
Mr. Benjamin Fleshman
Ms. Kelsey Flores
Mr. Samuel Troxell Grover
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Michael L. McConnell
Mr. Charles Andrew Perry
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Ms. Heather Weaver
Mr. Jonathan K. Youngwood