No. 24-30706

# In the United States Court of Appeals for the Fifth Circuit

Darcy Roake, Reverend, on behalf themselves and on behalf of their minor children, real party in interest A.V., real party in interest S.V.; Adrian Van Young, on behalf of themselves and on behalf of their minor children, real party in interest A.V., real party in interest S.V.; Mamie Broadhurst, Reverend, on behalf of themselves and on behalf of their minor child, real party in interest N.W.; Richard Williams, Reverend, on behalf of themselves and on behalf of their minor child, real party in interest N.W.; Jeff Sims, Reverend, on behalf of himself and on behalf of his minor children, real party in interest A.S., real party in interest C.S. 1, real party in interest C.S. 2; Jennifer Harding, on behalf of themselves and on behalf of their minor child, real party in interest A.O.; Benjamin Owens, on behalf of themselves and on behalf of their minor child, real party in interest A.O.; David Hawley, on behalf of themselves and on behalf of their minor children real party in interest A.H., real party in interest L.H.; Erin Hawley, on behalf of themselves and on behalf of their minor children, real party in interest A.H, real party in interest L.H.; Dustin McCrory, on behalf of themselves and on behalf of his minor children, real party in interest E.M.; real party in interest P.M., real party in interest L.M.; Gary Sernovitz, on behalf of themselves and on behalf of their minor child, real party in interest T.S.; Molly Pulda, on behalf of themselves and on behalf of their minor child. real party in interest T.S.; Christy Alkire, on behalf of herself and on hehalf of her minor child, real party in interest L.A.; Joshua Herlands, on behalf of himself and on behalf of his minor children, real party in interest E.H., real party in interest J.H.,

*Plaintiffs-Appellees*

v.

Cade Brumley, in his official capacity as the Louisiana State Superintendent of Education; Conrad Appel, in his official capacity

AS A MEMBER OF THE LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION (LSBESE); JUDY ARMSTRONG, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; KEVIN BERKEN, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; PRESTON CASTILLE, IN HIS OFFICIAL CAPACITY AS A MEMBER OF LSBESE; SIMONE CHAMPAGNE, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; SHARON LATTEN-CLARK, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; LANCE HARRIS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF LSBESE; PAUL HOLLIS, LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION; SANDY HOLLOWAY, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; STACEY MELERINE, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; RONNIE MORRIS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; EAST BATON ROUGE PARISH SCHOOL BOARD; LIVINGSTON PARISH SCHOOL BOARD; VERNON PARISH SCHOOL BOARD; ST. TAMMANY PARISH SCHOOL BOARD,

*Defendants-Appellants*

---

On Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:24-cv-517, Hon. John W. deGravelles

---

**MOTION FOR IMMEDIATE CIRCULATION OF THE PETITION FOR INITIAL HEARING EN BANC IN THE JANUARY SITTING**

---

| | |
|---|---|
| ERIC C. RASSBACH | ELIZABETH B. MURRILL |
| JOSEPH C. DAVIS | Attorney General of Louisiana |
| BENJAMIN A. FLESHMAN | J. BENJAMIN AGUIÑAGA |
| AMANDA L. SALZ | Solicitor General |
| KELSEY BAER FLORES | ZACHARY FAIRCLOTH |
| THE BECKET FUND FOR RELIGIOUS LIBERTY | Principal Deputy Solicitor General |
| 1919 Pennsylvania Ave. NW Suite 400 | OFFICE OF THE ATTORNEY GENERAL 1885 N. 3rd St. |
| Washington, D.C. 20006 | Baton Rouge, LA 70802 |
| | (225) 506-3746 |
| *Counsel for Appellants Brumley and LSBESE Officials* | AguinagaB@ag.louisiana.gov |
| | *Counsel for Appellants* |

# CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required here because, under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellants—as "governmental" parties—need not furnish a certificate of interested persons.

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

Pursuant to Federal Rules of Appellate Procedure 27 and 35, Defendants-Appellants (the State) respectfully move the Court to immediately circulate to the full Court the State's Petition for Initial Hearing En Banc in the January Sitting, ECF 75. Appellees take no position on this request.

As the State's Petition explains, the Court has set a merits briefing schedule that will conclude two weeks before the Court's January en banc sitting. In addition, the Court has scheduled oral argument in this case during the January en banc sitting. And finally, as reflected in the Petition, there is a serious need for the full Court's review of this case.

For these reasons, the State filed its Petition, asking the Court to hear en banc argument in this case during the January sitting. In order for the full Court to timely resolve the Petition and (if the Court grants it) prepare the case for argument, the Petition will need to be immediately circulated to the full Court. The Court has previously granted a request to immediately circulate an initial en banc petition to the full Court in a materially identical situation. *See* Order, *Nairne v. Landry*, No. 24-30115 (5th Cir. May 22, 2024), ECF 174-2 ("IT IS

ORDERED that Appellants' opposed motion for immediate circulation of the petition for initial hearing en banc is GRANTED.").

Accordingly, the State respectfully requests that the Court immediately circulate to the full Court the State's Petition for Initial Hearing En Banc in the January Sitting, ECF 75.

|  | Respectfully submitted, |
|---|---|
| ERIC C. RASSBACH<br>JOSEPH C. DAVIS<br>BENJAMIN A. FLESHMAN<br>AMANDA L. SALZ<br>KELSEY BAER FLORES<br>THE BECKET FUND FOR<br> RELIGIOUS LIBERTY<br>1919 Pennsylvania Ave. NW<br> Suite 400<br>Washington, D.C. 20006<br><br>*Counsel for Appellants*<br>*Brumley and LSBESE Officials*<br><br>Dated:   November 22, 2024 | ELIZABETH B. MURRILL<br>Attorney General of Louisiana<br><br>*/s/ J. Benjamin Aguiñaga*<br>J. BENJAMIN AGUIÑAGA<br>Solicitor General<br><br>ZACHARY FAIRCLOTH<br>Principal Deputy Solicitor General<br><br>OFFICE OF THE ATTORNEY GENERAL<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746<br>AguinagaB@ag.louisiana.gov<br><br>*Counsel for Appellants* |

## CERTIFICATE OF SERVICE

I certify that on November 22, 2024, I filed the foregoing brief with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

## CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this motion complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 250 words; and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 2016 (the same program used to calculate the word count).

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

Dated:   November 22, 2024