# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 23, 2024

Ms. Nora Ahmed
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000

Mr. Patrick Elliott
Freedom From Religion Foundation, Incorporated
10 N. Henry Street
Madison, WI 53703

Mr. Samuel Troxell Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Mr. Alex J. Luchenitser
Americans United for Separation of Church & State
1310 L Street, N.W.
Suite 200
Washington, DC 20005

Mr. Daniel Mach
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000

Mr. Charles Andrew Perry
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000

Ms. Heather Weaver
American Civil Liberties Union Foundation
915 15th Street, N.W.
Suite 600
Washington, DC 20005

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

     No. 24-30706    Roake v. Brumley
                           USDC No. 3:24-CV-517

Dear Counsel:

Please be advised that the court has requested a response to the Appellants' Motion for hearing en banc be filed in this office on or before December 2, 2024.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Rebecca L. Leto, Deputy Clerk
                         504-310-7703

cc:  Mr. Jorge Benjamin Aguinaga
     Mr. Joseph Charles Davis
     Mr. Zachary Faircloth
     Mr. Benjamin Fleshman
     Ms. Kelsey Flores
     Mr. Eric C. Rassbach
     Ms. Amanda Leigh Salz