# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 18, 2024

Mr. Matthew F. Kuhn
Office of the Attorney General
Office of the Solicitor General
700 Capital Avenue
Suite 118
Frankfort, KY 40601

    No. 24-30706   Roake v. Brumley
                       USDC No. 3:24-CV-517

Dear Mr. Kuhn,

You must submit **7 paper copies** of the amici brief filed on behalf of West Virginia, Utah, Texas, Tennessee, South Dakota, South Carolina, Ohio, Nebraska, Montana, Missouri, Mississippi, Indiana, Iowa, Idaho, Florida, Arkansas, Alabama and Kentucky, as required by 5th Cir. R. 31.1 within **2 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Green front covers are required. Back covers are also required and may be any color.

Failure to timely provide the appropriate number of copies may result in disciplinary action.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Nora Ahmed
    Mr. Michael Berry
    Mr. Joseph Carl Cecere, Jr.
    Mr. Joseph Charles Davis
    Mr. Patrick Elliott
    Mr. Zachary Faircloth
    Mr. Benjamin Fleshman
    Ms. Kelsey Flores
    Mr. Samuel Troxell Grover
    Mr. Alex J. Luchenitser
    Mr. Daniel Mach

Mr. Charles Andrew Perry
Ms. Andrea M. Picciotti-Bayer
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Mr. Gene C. Schaerr
Ms. Heather Weaver
Mr. Jonathan K. Youngwood
Mr. Dan Brian Zimmerman

Case: 24-30706    Document: 100-1    Page: 2    Date Filed: 12/17/2024