# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 17, 2024

Ms. Andrea M. Picciotti-Bayer
Conscience Project
1350 Beverly Road
Private Mailbox 196
Suite 115
Mclean, VA 22101

   No. 24-30706    Roake v. Brumley
                   USDC No. 3:24-CV-517

Dear Ms. Picciotti-Bayer,

You must submit **7 paper copies** of the amicus brief filed on behalf of Mark David Hall and The Conscience Project as required by 5th Cir. R. 31.1 within **3 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Green front covers are required. Back covers are also required and may be any color.

Failure to timely provide the appropriate number of copies may result in disciplinary action.


                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   /s/ Dantrell Johnson

                                   By: _____
                                   Dantrell L. Johnson, Deputy Clerk
                                   504-310-7689

cc:
   Mr. Jorge Benjamin Aguinaga
   Ms. Nora Ahmed
   Mr. Joseph Charles Davis
   Mr. Patrick Elliott
   Mr. Zachary Faircloth
   Mr. Benjamin Fleshman
   Ms. Kelsey Flores
   Mr. Samuel Troxell Grover
   Mr. Alex J. Luchenitser
   Mr. Daniel Mach
   Mr. Charles Andrew Perry
   Mr. Eric C. Rassbach
   Ms. Amanda Leigh Salz
   Ms. Heather Weaver
   Mr. Jonathan K. Youngwood

Mr. Dan Brian Zimmerman