# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 17, 2024

Mr. Joseph Carl Cecere, Jr.
Cecere, P.C.
6035 McCommas Boulevard
Dallas, TX 75206

    No. 24-30706    Roake v. Brumley
                        USDC No. 3:24-CV-517

Dear Mr. Cecere,

You must submit **7 paper copies** of the amicus brief filed on behalf of Lorianne Updike Toler as required by 5th Cir. R. 31.1 within **3 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Green front covers are required. Back covers are also required and may be any color.

Failure to timely provide the appropriate number of copies may result in disciplinary action.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Nora Ahmed
    Mr. Joseph Charles Davis
    Mr. Patrick Elliott
    Mr. Zachary Faircloth
    Mr. Benjamin Fleshman
    Ms. Kelsey Flores
    Mr. Samuel Troxell Grover
    Mr. Alex J. Luchenitser
    Mr. Daniel Mach
    Mr. Charles Andrew Perry
    Ms. Andrea M. Picciotti-Bayer

Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Ms. Heather Weaver
Mr. Jonathan K. Youngwood
Mr. Dan Brian Zimmerman