# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 17, 2024

Mr. Michael Berry
America First Policy
4934 County Road 862
McKinney, TX 75071

No. 24-30706   Roake v. Brumley
USDC No. 3:24-CV-517

Dear Mr. Berry,

The following pertains to the amicus brief electronically filed on behalf of The America First Policy Institute on December 17, 2024.

The brief is insufficient for the following reason and must be corrected within the next **3 days**:

- You must electronically file a "Form for Appearance of Counsel" in this case. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

In light of the fact that the brief deficiency will not change the content of the brief, we are also requesting the paper copies at this time. You must provide **7 paper copies** of the amicus brief within the next **3 days**. (see 5th Cir. R. 31.1) Green front covers are required. Back covers are also required any may be any color.

Failure to timely electronically file an appearance form and/or provide the appropriate number of copies may result in the amicus brief being stricken.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
   Mr. Jorge Benjamin Aguinaga
   Ms. Nora Ahmed
   Mr. Joseph Carl Cecere, Jr.

Mr. Joseph Charles Davis
Mr. Patrick Elliott
Mr. Zachary Faircloth
Mr. Benjamin Fleshman
Ms. Kelsey Flores
Mr. Samuel Troxell Grover
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Charles Andrew Perry
Ms. Andrea M. Picciotti-Bayer
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Ms. Heather Weaver
Mr. Jonathan K. Youngwood
Mr. Dan Brian Zimmerman