# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 17, 2024

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

    No. 24-30706   Roake v. Brumley
                       USDC No. 3:24-CV-517

Dear Mr. Aguinaga,

You must submit **7 paper copies** of the Appellants' brief required by 5th Cir. R. 31.1 within **3 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Blue front covers are required. Back covers are also required and may be any color.

You must submit **4 paper copies** of the Appellants' record excerpts required by 5th Cir. R. 30.1.2 within **3 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. White front covers are required. Back covers are also required and may be any color.

Failure to timely provide the appropriate number of copies may result in disciplinary action.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Dantrell L. Johnson, Deputy Clerk
                       504-310-7689

cc:
    Ms. Nora Ahmed
    Mr. Joseph Charles Davis
    Mr. Patrick Elliott
    Mr. Zachary Faircloth
    Mr. Benjamin Fleshman
    Ms. Kelsey Flores
    Mr. Samuel Troxell Grover
    Mr. Alex J. Luchenitser

```
Mr. Daniel Mach
Mr. Charles Andrew Perry
Ms. Andrea M. Picciotti-Bayer
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Ms. Heather Weaver
Mr. Jonathan K. Youngwood
Mr. Dan Brian Zimmerman
```