No. 24-30706

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

Darcy Roake, et al.,

Plaintiffs-Appellees,

v.

Cade Brumley, et al.,

Defendants-Appellants.

---

On Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:24-cv-517 before The Hon. John W. deGravelles

---

## Motion to Extend Time to File *Amicus Curiae* Brief
## by *Amicus Curiae* Foundation for Moral Law

---

Talmadge Butts
FOUNDATION FOR MORAL LAW
P.O. Box 148
Gallant, AL 35972
334-262-1245
talmadge@morallaw.org

*Counsel for Amicus Curiae*

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

*Roake, et al., v. Brumley, et al.*, No. 22-30075

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of 5th Cir. Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1.  American Civil Liberties Union Foundation of Louisiana–Firm representing Appellees

2.  Americans United for Separation of Church & State—Firm representing Appellees

3.  Ahmed, Nora—Counsel for Appellees

4.  Alkire, Christy—Appellee

5.  Appel, Conrad—Appellant

6.  Armstrong, Judy—Appellant

7.  Berken, Kevint—Appellant

8.  Broadhurst, Mamie—Appellee

9.  Brumley, Cade—Appellant

10. Butts, Talmadge—Counsel for *Amicus Curiae* Foundation for Moral Law

11. Castille, Preston—Appellant

12. Champagne, Simone—Appellant

13. East Baton Rouge Parish School Board—Appellant

14. Elliot, Patrick—Counsel for Appellees

15. Foundation for Moral Law—*Amicus Curiae*

16. Grover, Samuel Troxell—Counsel for Appellees

17. Harding, Jennifer—Appellee

18. Harris, Lance—Appellant

19. Hawley, David—Appellee

20. Hawley, Erin—Appellee

21. Herlands, Joshua—Appellee

22. Hollis, Paul—Appellant

23. Holloway, Sandy—Appellant

24. Latten-Clark, Sharon—Appellant

25. Livington Parish School Board—Appellant

26. Luchenitser, Alex J. —Counsel for Appellees

27. Mach, Daniel—Counsel for Appellees

28. McCrory, Dustin—Appellee

29. Melerine, Stacey—Appellant

30. Morris, Ronnie—Appellant

31. Orleans Parish School Board—Appellant

32. Owens, Benjamin—Appellee

33.  Perry, Charles Andrew—Counsel for Appellees

34.  Pulda, Molly—Appellee

35.  Roake, Darcy—Appellee

36.  Simpson, Thacher & Bartlett, LLP—Firm representing Appellees

37.  Sims, Jeff—Appellee

38.  Sernovitz, Gary—Appellee

39.  St. Tammany Parish School Board—Appellant

40.  Vernon Parish School Board—Appellant

41.  Weaver, Heather—Counsel for Appellees

42.  Williams, Richard—Appellee

43.  Young, Adrian Van—Appellee

44.  Youngblood, Jonathan K.—Counsel for Appellees

/s/ Talmadge Butts
Talmadge Butts
*Counsel of Record*
Foundation for Moral Law
P.O. Box 148
Gallant, Alabama 35972
talmadge@morallaw.org

## MOTION

Pursuant to 5th Cir. R. 31.4.2, the Foundation for Moral Law motions for an extension of time to file a brief as *amicus curiae* in support of Appellant until December 30, 2024, the date which Appellees brief is due. Pursuant to 5th Cir. R. 31.4.1(b), *amicus* has contacted the parties; Appellants do not oppose, and Appellees do oppose this motion. *Amicus* states as grounds the following good cause:

*Amicus*' recent workload, combined with illness, has inhibited *amicus* from staying apprised of the expedited development of the present case. While *amicus* has already begun working on its brief, the actual due date is prohibitively sooner than expected due to this case's expedited status. *Amicus* requests that the Court grant an extension of time to file its brief as *amicus curiae* to December 30, 2024, the day that Appellees' brief is due.

Respectfully submitted December 17, 2024,

Talmadge Butts
FOUNDATION FOR MORAL LAW
P.O. Box 148
Gallant, AL 35972
334-262-1245
talmadge@morallaw.org

*Counsel for Amicus Curiae*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF filing system, and therefore service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

Dated December 17, 2024.

Talmadge Butts
FOUNDATION FOR MORAL LAW
P.O. Box 148
Gallant, AL 35972
334-262-1245
talmadge@morallaw.org

*Counsel for Amicus Curiae*