# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 18, 2024

Mr. Gene C. Schaerr
Schaerr Jaffe, L.L.P.
1717 K Street, N.W.
Suite 900
Washington, DC 20006

    No. 24-30706   Roake v. Brumley
                           USDC No. 3:24-CV-517

Dear Mr. Schaerr,

You must submit **7 paper copies** of the amicus brief on behalf of Fraternal Order of Eagles as required by 5th Cir. R. 31.1 within **2 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Green front covers are required. Back covers are also required and may be any color.

Failure to timely provide the appropriate number of copies may result in disciplinary action.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Nora Ahmed
    Mr. Michael Berry
    Mr. Joseph Carl Cecere, Jr.
    Mr. Joseph Charles Davis
    Mr. Patrick Elliott
    Mr. Zachary Faircloth
    Mr. Benjamin Fleshman
    Ms. Kelsey Flores
    Mr. Samuel Troxell Grover
    Mr. Alex J. Luchenitser
    Mr. Daniel Mach
    Mr. Charles Andrew Perry
    Ms. Andrea M. Picciotti-Bayer
    Mr. Eric C. Rassbach
    Ms. Amanda Leigh Salz

Ms. Heather Weaver
Mr. Jonathan K. Youngwood
Mr. Dan Brian Zimmerman