# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 18, 2024

No. 24-30706   Roake v. Brumley
                  USDC No. 3:24-CV-517

Dear Counsel:

The court has requested a response from those opposing the Motion to extend time to file amicus brief filed by Foundation for Moral Law. The response is due to be filed in this office on or before noon on Friday, December 20, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Nora Ahmed
    Mr. Michael Berry
    Mr. Talmadge Butts
    Mr. Joseph Carl Cecere, Jr.
    Mr. Joseph Charles Davis
    Mr. Patrick Elliott
    Mr. Zachary Faircloth
    Mr. Benjamin Fleshman
    Ms. Kelsey Flores
    Mr. Samuel Troxell Grover
    Mr. Matthew F. Kuhn
    Mr. Alex J. Luchenitser
    Mr. Daniel Mach
    Mr. Justin Miller
    Mr. Charles Andrew Perry
    Ms. Andrea M. Picciotti-Bayer
    Mr. Eric C. Rassbach
    Ms. Amanda Leigh Salz
    Mr. Gene C. Schaerr
    Ms. Heather Weaver
    Mr. Jonathan K. Youngwood
    Mr. Dan Brian Zimmerman