# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30706   Roake v. Brumley
                  USDC No. 3:24-CV-517

The court has taken the following action in this case:

The appeal of the Orleans Parish School Board, case number 24-30779, has been severed from the above case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      /s/ Shea E. Pertuit
                                By: _____
                                Shea E. Pertuit, Deputy Clerk
                                504-310-7666

Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Michael Berry
Mr. Talmadge Butts
Mr. Joseph Carl Cecere Jr.
Mr. Joseph Charles Davis
Mr. Patrick Elliott
Mr. Zachary Faircloth
Mr. Benjamin Fleshman
Ms. Kelsey Flores
Mr. Samuel Troxell Grover
Mr. Matthew F. Kuhn
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Michael L. McConnell
Mr. Justin Miller
Mr. Charles Andrew Perry
Ms. Andrea M. Picciotti-Bayer
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Mr. Gene C. Schaerr
Ms. Heather Weaver
Mr. Jonathan K. Youngwood
Mr. Dan Brian Zimmerman