No. 24-30706

# In the United States Court of Appeals for the Fifth Circuit

Darcy Roake, Reverend, on behalf themselves and on behalf of their minor children, real party in interest A.V., real party in interest S.V.; Adrian Van Young, on behalf of themselves and on behalf of their minor children, real party in interest A.V., real party in interest S.V.; Mamie Broadhurst, Reverend, on behalf of themselves and on behalf of their minor child, real party in interest N.W.; Richard Williams, Reverend, on behalf of themselves and on behalf of their minor child, real party in interest N.W.; Jeff Sims, Reverend, on behalf of himself and on behalf of his minor children, real party in interest A.S., real party in interest C.S. 1, real party in interest C.S. 2; Jennifer Harding, on behalf of themselves and on behalf of their minor child, real party in interest A.O.; Benjamin Owens, on behalf of themselves and on behalf of their minor child, real party in interest A.O.; David Hawley, on behalf of themselves and on behalf of their minor children real party in interest A.H., real party in interest L.H.; Erin Hawley, on behalf of themselves and on behalf of their minor children, real party in interest A.H, real party in interest L.H.; Dustin McCrory, on behalf of themselves and on behalf of his minor children, real party in interest E.M.; real party in interest P.M., real party in interest L.M.; Gary Sernovitz, on behalf of themselves and on behalf of their minor child, real party in interest T.S.; Molly Pulda, on behalf of themselves and on behalf of their minor child, real party in interest T.S.; Christy Alkire, on behalf of herself and on behalf of her minor child, real party in interest L.A.; Joshua Herlands, on behalf of himself and on behalf of his minor children, real party in interest E.H., real party in interest J.H.,

*Plaintiffs-Appellees,*

v.

Cade Brumley, in his official capacity as the Louisiana State Superintendent of Education; Conrad Appel, in his official capacity

AS A MEMBER OF THE LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION (LSBESE); JUDY ARMSTRONG, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; KEVIN BERKEN, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; PRESTON CASTILLE, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; SIMONE CHAMPAGNE, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; SHARON LATTEN-CLARK, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; LANCE HARRIS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; PAUL HOLLIS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; SANDY HOLLOWAY, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; STACEY MELERINE, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; RONNIE MORRIS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE LSBESE; EAST BATON ROUGE PARISH SCHOOL BOARD; LIVINGSTON PARISH SCHOOL BOARD; VERNON PARISH SCHOOL BOARD; ST. TAMMANY PARISH SCHOOL BOARD,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:24-cv-517, Hon. John W. deGravelles

## PLAINTIFFS-APPELLEES' OPPOSITION TO MOTION TO EXTEND TIME TO FILE AMICUS BRIEF

Heather L. Weaver
Daniel Mach
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, Ste. 600
Washington, DC 20005
(202) 675-2330
hweaver@aclu.org
dmach@aclu.org

Jonathan K. Youngwood
Janet A. Gochman
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com

*Counsel for Plaintiffs-Appellees*

## *Additional Counsel for Plaintiffs-Appellees*

Nora Ahmed
Charles Andrew Perry
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
nahmed@laaclu.org
aperry@laaclu.org

Patrick C. Elliott
Samuel T. Grover
FREEDOM FROM RELIGION
FOUNDATION
PO Box 750
Madison, WI 53701
(608) 256-8900
patrick@ffrf.org
sam@ffrf.org

V. Noah Gimbel
Nicholas J. Prendergast
Jordan T. Krieger
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, D.C. 20001
(202) 636-5500
noah.gimbel@stblaw.com
nicholas.prendergast@stblaw.com
jordan.krieger@stblaw.com

Alex J. Luchenitser
AMERICANS UNITED FOR
SEPARATION OF CHURCH & STATE
1310 L Street, NW, Ste. 200
Washington, DC 20005
(202) 466-7306
luchenitser@au.org

## OPPOSITION TO MOTION TO EXTEND TIME TO FILE AMICUS BRIEF

Plaintiffs-Appellees oppose the motion by the Foundation for Moral Law ("FML") for an extension of time to file an amicus brief in support of Defendants-Appellants. Amicus briefs supporting Appellants were due on December 17, 2024, following this Court's setting of an overall schedule on November 20, 2024. FML now requests that this Court allow it to file an amicus brief on December 30, 2024, the day that Appellees' own merits brief is due. The requested extension should be denied for lack of good cause and because it would prejudice Appellees.

Appellees have consented to the filing of all other amicus briefs in support of Appellants, and those briefs have been filed on time, pursuant to this Court's scheduling order. *See* ECF No. 64. FML's is the only request related to an amicus filing that Appellees have opposed, and for good reason.

First, the grounds offered to support FML's motion—that counsel has not "stayed apprised of the expedited developments of the present case"—are insufficient to justify an extension under the "good cause" provisions of Fifth Circuit Rules 31.4.1 and 31.4.2. This case had been widely covered by numerous media organizations, and the designation of

1

the case as expedited and the existence of the briefing schedule have been on this Court's docket since November 20, 2024.

Second, any extension beyond the original due date (December 17, 2024) for amicus briefs in support of Appellant, much less one that would coincide with the due date of Appellees' merits brief, would significantly prejudice Appellees because it would deny them an adequate opportunity to fully consider and respond to FML's amicus brief in Appellees' brief. The Federal Rules of Appellate Procedure established the timing requirements for amicus briefs to avoid just that. *See* Fed. R. App. P. 29 advisory committee's notes (as amended Apr. 24, 1998, eff. Dec. 1, 1998) ("The 7-day stagger was adopted because it is long enough to permit an amicus to review the completed brief of the party being supported and avoid repetitious argument. A 7-day period also is short enough that no adjustment need be made in the opposing party's briefing schedule. *The opposing party will have sufficient time to review arguments made by the amicus and address them in the party's responsive pleading.* The timetable for filing the parties' briefs is unaffected by this change." (emphasis added)).

Dated: December 19, 2024                    Respectfully submitted,

                                            */s/ Jonathan K. Youngwood*

| | |
|---|---|
| Heather L. Weaver | Jonathan K. Youngwood |
| Daniel Mach | SIMPSON THACHER & BARTLETT LLP |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | 425 Lexington Avenue |
| 915 15th Street, NW, Ste. 600 | New York, NY 10017 |
| Washington, DC 20005 | |
| | Alex J. Luchenitser |
| Nora Ahmed | AMERICANS UNITED FOR SEPARATION OF CHURCH & STATE |
| Charles Andrew Perry | 1310 L Street, NW, Ste. 200 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF LOUISIANA | Washington, DC 20005 |
| PO Box 56157 | |
| New Orleans, LA 70156 | |
| Patrick C. Elliott | |
| Samuel T. Grover | |
| FREEDOM FROM RELIGION FOUNDATION | |
| PO Box 750 | |
| Madison, WI 53701 | |

4

## CERTIFICATE OF SERVICE

On December 19, 2024, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

*/s/ Jonathan K. Youngwood*

Jonathan K. Youngwood

## CERTIFICATE OF COMPLIANCE

This document complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 390 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in a proportionally spaced, serifed typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Jonathan K. Youngwood*

Jonathan K. Youngwood