# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 31, 2024

Mr. John Allen Eidsmoe
Foundation for Moral Law
P.O. Box 148
Gallant, AL 35972

        No. 24-30706    Roake v. Brumley
                        USDC No. 3:24-CV-517

Dear Mr. Eidsmoe,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with Fed. R. App. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

The filing user's name under whose log-in and password the document is filed must also have a signature on the brief. An attorney may not electronically file a document on behalf of another attorney. See 5th Cir. R. 25.2.10

**Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. Jorge Benjamin Aguinaga
     Ms. Nora Ahmed
     Mr. Michael Berry
     Mr. Talmadge Butts
     Mr. Joseph Carl Cecere Jr.
     Mr. Joseph Charles Davis
     Mr. Patrick Elliott
     Mr. Zachary Faircloth
     Mr. Benjamin Fleshman
     Ms. Kelsey Flores
     Mr. Samuel Troxell Grover
     Mr. Matthew F. Kuhn
     Mr. Alex J. Luchenitser
     Mr. Daniel Mach
     Mr. Justin Miller
     Mr. Charles Andrew Perry
     Ms. Andrea M. Picciotti-Bayer
     Mr. Eric C. Rassbach
     Ms. Amanda Leigh Salz
     Mr. Gene C. Schaerr
     Ms. Heather Weaver
     Mr. Jonathan K. Youngwood

Case No. 24-30706

Darcy Roake, Reverend, on behalf themselves and on behalf of
their minor children, real party in interest A.V., real party in
interest S.V.; Adrian Van Young, on behalf of themselves and on
behalf of their minor children, real party in interest A.V.,
real party in interest S.V.; Mamie Broadhurst, Reverend, on
behalf of themselves and on behalf of their minor child, real
party in interest N.W.; Richard Williams, Reverend, on behalf of
themselves and on behalf of their minor child, real party in
interest N.W.; Jeff Sims, Reverend, on behalf of himself and on
behalf of his minor children, real party in interest A.S., real
party in interest C.S. 1, real party in interest C.S. 2;
Jennifer Harding, on behalf of themselves and on behalf of their
minor child, real party in interest A.O.; Benjamin Owens, on
behalf of themselves and on behalf of their minor child, real
party in interest A.O.; David Hawley, on behalf of themselves
and on behalf of their minor children real party in interest
A.H., real party in interest L.H.; Erin Hawley, on behalf of
themselves and on behalf of their minor children, real party in
interest A.H, real party in interest L.H.; Dustin McCrory, on
behalf of themselves and on behalf of his minor children, real
party in interest E.M.; real party in interest P.M., real party
in interest L.M.; Gary Sernovitz, on behalf of themselves and on
behalf of their minor child, real party in interest T.S.; Molly
Pulda, on behalf of themselves and on behalf of their minor
child. real party in interest T.S.; Christy Alkire, on behalf of
herself and on behalf of her minor child, real party in interest
L.A.; Joshua Herlands, on behalf of himself and on behalf of his
minor children, real party in interest E.H., real party in
interest J.H.,

Plaintiffs - Appellees

v.

Cade Brumley, in his official capacity as the Louisiana State
Superintendent of Education; Conrad Appel, in his official
capacity as a member of the Louisiana State Board of Elementary
and Secondary Education (LSBESE); Judy Armstrong, in her
official capacity as a member of the LSBESE; Kevin Berken, in
his official capacity as a member of the LSBESE; Preston
Castille, in his official capacity as a member of LSBESE; Simone
Champagne, in her official capacity as a member of the LSBESE;
Sharon Latten-Clark, in her official capacity as a member of the
LSBESE; Lance Harris, in his official capacity as a member of
LSBESE; Paul Hollis, Louisiana State Board of Elementary and
Secondary Education; Sandy Holloway, in her official capacity as
a member of the LSBESE; Stacey Melerine, in her official
capacity as a member of the LSBESE; Ronnie Morris, in his
official capacity as a member of the LSBESE; East Baton Rouge
Parish School Board; Livingston Parish School Board; Vernon
Parish School Board; St. Tammany Parish School Board,

Defendants - Appellants