# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2024

Mr. Talmadge Butts
Foundation for Moral Law
P.O. Box 148
Gallant, AL 35972

    No. 24-30706   Roake v. Brumley
                     USDC No. 3:24-CV-517

Dear Mr. Butts,

We received both amicus briefs. We are taking no action on one of your briefs because the amicus brief was filed twice on the docket and it's unnecessary. The corrected amicus brief will be processed, nothing further is needed from counsel.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Roeshawn Johnson, Deputy Clerk
                                     504-310-7998

cc:  Mr. Jorge Benjamin Aguinaga
     Ms. Nora Ahmed
     Mr. Michael Berry
     Mr. Joseph Carl Cecere Jr.
     Mr. Joseph Charles Davis
     Mr. John Allen Eidsmoe
     Mr. Patrick Elliott
     Mr. Zachary Faircloth
     Mr. Benjamin Fleshman
     Ms. Kelsey Flores
     Mr. Samuel Troxell Grover
     Mr. Matthew F. Kuhn
     Mr. Alex J. Luchenitser
     Mr. Daniel Mach
     Mr. Justin Miller
     Mr. Charles Andrew Perry
     Ms. Andrea M. Picciotti-Bayer
     Mr. Eric C. Rassbach

Ms. Amanda Leigh Salz
Mr. Gene C. Schaerr
Ms. Heather Weaver
Mr. Jonathan K. Youngwood