# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30706   Roake v. Brumley
                   USDC No. 3:24-CV-517

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Roeshawn Johnson, Deputy Clerk
                    504-310-7998

Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Michael Berry
Mr. Talmadge Butts
Mr. Joseph Carl Cecere Jr.
Mr. Joseph Charles Davis
Mr. John Allen Eidsmoe
Mr. Patrick Elliott
Mr. Zachary Faircloth
Mr. Benjamin Fleshman
Ms. Kelsey Flores
Mr. Samuel Troxell Grover
Mr. Matthew F. Kuhn
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Michael L. McConnell
Mr. Justin Miller
Mr. Charles Andrew Perry
Ms. Andrea M. Picciotti-Bayer
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Mr. Gene C. Schaerr
Ms. Heather Weaver
Mr. Jonathan K. Youngwood