# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2024

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

    No. 24-30706   Roake v. Brumley
                            USDC No. 3:24-CV-517

Dear Mr. Youngwood,

You must submit (7) paper copies of your brief required by 5th Cir. R. 31.1 within 3 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Roeshawn Johnson, Deputy Clerk
                                      504-310-7998

cc:  Mr. Jorge Benjamin Aguinaga
     Ms. Nora Ahmed
     Mr. Michael Berry
     Mr. Talmadge Butts
     Mr. Joseph Carl Cecere Jr.
     Mr. Joseph Charles Davis
     Mr. John Allen Eidsmoe
     Mr. Patrick Elliott
     Mr. Zachary Faircloth
     Mr. Benjamin Fleshman
     Ms. Kelsey Flores
     Mr. Samuel Troxell Grover
     Mr. Matthew F. Kuhn
     Mr. Alex J. Luchenitser
     Mr. Daniel Mach
     Mr. Justin Miller
     Mr. Charles Andrew Perry
     Ms. Andrea M. Picciotti-Bayer
     Mr. Eric C. Rassbach
     Ms. Amanda Leigh Salz

Mr. Gene C. Schaerr
Ms. Heather Weaver