# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2024

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

　　　No. 24-30706　　Roake v. Brumley
　　　　　　　　　　　USDC No. 3:24-CV-517

Dear Mr. Youngwood,

You must submit (4) paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 3 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Roeshawn Johnson, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7998

cc:　Mr. Jorge Benjamin Aguinaga
　　　Ms. Nora Ahmed
　　　Mr. Michael Berry
　　　Mr. Talmadge Butts
　　　Mr. Joseph Carl Cecere Jr.
　　　Mr. Joseph Charles Davis
　　　Mr. John Allen Eidsmoe
　　　Mr. Patrick Elliott
　　　Mr. Zachary Faircloth
　　　Mr. Benjamin Fleshman
　　　Ms. Kelsey Flores
　　　Mr. Samuel Troxell Grover
　　　Mr. Matthew F. Kuhn
　　　Mr. Alex J. Luchenitser
　　　Mr. Daniel Mach
　　　Mr. Justin Miller

Mr. Charles Andrew Perry
Ms. Andrea M. Picciotti-Bayer
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Mr. Gene C. Schaerr
Ms. Heather Weaver