# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 07, 2025

Mr. Brian Raphel
Orrick, Herrington & Sutcliffe, L.L.P.
51 W. 52nd Street
New York, NY 10019-6142

   No. 24-30706   Roake v. Brumley
                  USDC No. 3:24-CV-517

Dear Mr. Raphel,

You must submit **7 paper copies** of the amicus brief filed on behalf of Mr. Sean W. Rowe, Mr. Jihyun Oh, The General Synod of the United Church of Christ, Evangelical Lutheran Church in America and Baptist Joint Committee for Religious Liberty, as required by 5th Cir. R. 31.1, within **3 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Green front covers are required. Back covers are also required and may be any color.

Failure to timely provide the appropriate number of copies may result in disciplinary action.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Nora Ahmed
    Mr. Michael Berry
    Mr. Geoffrey Thomas Blackwell
    Mr. Talmadge Butts
    Mr. Joseph Carl Cecere, Jr.
    Mr. Joseph Charles Davis
    Mr. John Allen Eidsmoe
    Mr. Patrick Elliott
    Mr. Zachary Faircloth
    Mr. Benjamin Fleshman
    Ms. Kelsey Flores
    Mr. Samuel Troxell Grover

```
Ms. Lindsay Claire Harrison
Mr. Matthew F. Kuhn
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Justin Miller
Mr. Charles Andrew Perry
Ms. Andrea M. Picciotti-Bayer
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Mr. Gene C. Schaerr
Ms. Heather Weaver
Mr. Jonathan K. Youngwood
```