# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 07, 2025

Ms. Lindsay Claire Harrison
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

    No. 24-30706   Roake v. Brumley
                        USDC No. 3:24-CV-517

Dear Ms. Harrison,

You must submit **7 paper copies** of amicus brief filed on behalf of Zioness Movement, Women's Rabbinic Network, Women of Reform Judaism, Union for Reform Judaism, Truah, Society for Humanistic Judaism, The Sikh Coalition, Sadhana: Coalition of Progressive Hindus, Rabbinical Assembly, Muslims for Progressive Values, Men of Reform Judaism, Keshet, Jewish Women International, Jewish Council for Public Affairs, Interfaith Alliance, Hindus for Human Rights, Hadassah, The Women's Zionist Organization of America, Incorporated, Central Conference of American Rabbis, Bend the Arc: A Jewish Partnership for Justice and National Council of Jewish Women, as required by 5th Cir. R. 31.1, within **3 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Green front covers are required. Back covers are also required and may be any color.

Failure to timely provide the appropriate number of copies may result in disciplinary action.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Dantrell L. Johnson, Deputy Clerk
                                504-310-7689

cc:
      Mr. Jorge Benjamin Aguinaga
      Ms. Nora Ahmed
      Mr. Michael Berry
      Mr. Geoffrey Thomas Blackwell
      Mr. Talmadge Butts
      Mr. Joseph Carl Cecere, Jr.
      Mr. Joseph Charles Davis

Mr. John Allen Eidsmoe
Mr. Patrick Elliott
Mr. Zachary Faircloth
Mr. Benjamin Fleshman
Ms. Kelsey Flores
Mr. Samuel Troxell Grover
Mr. Matthew F. Kuhn
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Justin Miller
Mr. Charles Andrew Perry
Ms. Andrea M. Picciotti-Bayer
Mr. Eric C. Rassbach
Ms. Amanda Leigh Salz
Mr. Gene C. Schaerr
Ms. Heather Weaver
Mr. Jonathan K. Youngwood