# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, __Jonathan K. Youngwood__
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

__24-30706__        __Roake, et al.__        v. __Brumley, et al.,__
(Case Number)                    (Short Title)

is scheduled for oral argument at __9:30 am__ on __January 23, 2025__ located in the
(Time)                (Date)

__NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130__
(Location)

/s/ __Jonathan K. Youngwood__                    __January 7, 2025__
(Signature)                            (Date)

---

List all parties being represented for argument and select the party type

Please see attached.

☐ Appellant    ■ Appellee    ☐ Cross Appellant    ☐ Cross Appellee    ☐ Amicus    ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Jonathan K. Youngwood | 20 | n/a |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # __D5__

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

[PRINT TO PDF]            [RESET FORM]

Revised 04/2023                    Form OA-001

## *Roake, et al. v. Brumley, et al.*, No. 24-30706

All parties being represented for argument (Plaintiffs-Appellees):

- Darcy Roake, Reverend, On Behalf Themselves And On Behalf Of Their Minor Children, Real Party In Interest A.V., Real Party In Interest S.V.;

- Adrian Van Young, On Behalf Of Themselves And On Behalf Of Their Minor Children, Real Party In Interest A.V., Real Party In Interest S.V.;

- Mamie Broadhurst, Reverend, On Behalf Of Themselves And On Behalf Of Their Minor Child, Real Party In Interest N.W.;

- Richard Williams, Reverend, On Behalf Of Themselves And On Behalf Of Their Minor Child, Real Party In Interest N.W.;

- Jeff Sims, Reverend, On Behalf Of Himself And On Behalf Of His Minor Children, Real Party In Interest A.S., Real Party In Interest C.S. 1, Real Party In Interest C.S. 2;

- Jennifer Harding, On Behalf Of Themselves And On Behalf Of Their Minor Child, Real Party In Interest A.O.;

- Benjamin Owens, On Behalf Of Themselves And On Behalf Of Their Minor Child, Real Party In Interest A.O.;

- David Hawley, On Behalf Of Themselves And On Behalf Of Their Minor Children Real Party In Interest A.H., Real Party In Interest L.H.;

- Erin Hawley, On Behalf Of Themselves And On Behalf Of Their Minor Children, Real Party In Interest A.H, Real Party In Interest L.H.;

- Dustin Mccrory, On Behalf Of Themselves And On Behalf Of His Minor Children, Real Party In Interest E.M., Real Party In Interest P.M., Real Party In Interest L.M.;

1

- Gary Sernovitz, On Behalf Of Themselves And On Behalf Of Their Minor Child, Real Party In Interest T.S.;

- Molly Pulda, On Behalf Of Themselves And On Behalf Of Their Minor Child, Real Party In Interest T.S.;

- Christy Alkire, On Behalf Of Herself And On Behalf Of Her Minor Child, Real Party In Interest L.A.; and

- Joshua Herlands, On Behalf Of Himself And On Behalf Of His Minor Children, Real Party In Interest E.H., Real Party In Interest J.H.