# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Nora Ahmed
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000

Mr. Joseph Charles Davis
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Mr. Patrick Elliott
Freedom From Religion Foundation, Incorporated
10 N. Henry Street
Madison, WI 53703

Mr. Zachary Faircloth
Louisiana Department of Justice
Federalism Division
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Benjamin Fleshman
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Ms. Kelsey Flores
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Mr. Samuel Troxell Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Mr. Alex J. Luchenitser
Americans United for Separation of Church & State
1310 L Street, N.W.
Suite 200
Washington, DC 20005

Mr. Daniel Mach
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000

Mr. Charles Andrew Perry
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000

Mr. Eric C. Rassbach
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Ms. Amanda Leigh Salz
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Ms. Heather Weaver
American Civil Liberties Union Foundation
915 15th Street, N.W.
Suite 600
Washington, DC 20005

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

        No. 24-30706   Roake v. Brumley
                       USDC No. 3:24-CV-517

Dear Counsel:

The court has requested the appellants and appellees file supplemental letter briefs addressing the issue of whether there is standing to bring an Establishment Clause claim and a Free Exercise Clause claim separately. See *Consumers' Research v. Consumer Product Safety Commission*, 91 F.4th 342, 349 (5th Cir. 2024) ("[S]tanding is not dispensed *in gross*; rather, plaintiffs must demonstrate standing for each claim that they press and for each form of relief that they seek." (quoting *TransUnion LLC v. Ramirez*, 594 U.S. 413, 431 (2021)) (emphasis added)).

The supplemental letter briefs must be filed in this office on or before Friday January 17, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Mr. Michael Berry
    Mr. Geoffrey Thomas Blackwell
    Mr. Talmadge Butts
    Mr. Joseph Carl Cecere Jr.
    Mr. John Allen Eidsmoe
    Ms. Lindsay Claire Harrison
    Mr. Matthew F. Kuhn
    Mr. James R. McGuire
    Mr. Justin Miller
    Ms. Andrea M. Picciotti-Bayer
    Mr. Brian Raphel
    Mr. Gene C. Schaerr