# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 20, 2025
Lyle W. Cayce
Clerk

No. 24-30706

───────────

Darcy Roake, Reverend, on behalf themselves and *on behalf of their minor children*, real party in interest A.V., real party in interest S.V.; Adrian Van Young, *on behalf of themselves and on behalf of their minor children*, real party in interest A.V., real party in interest S.V.; Mamie Broadhurst, Reverend, *on behalf of themselves and on behalf of their minor child*, real party in interest N.W.; Richard Williams, Reverend, *on behalf of themselves and on behalf of their minor child*, real party in interest N.W.; Jeff Sims, Reverend, *on behalf of himself and on behalf of his minor children*, real party in interest A.S., real party in interest C.S. 1, real party in interest C.S. 2; Jennifer Harding, *on behalf of themselves and on behalf of their minor child*, real party in interest A.O.; Benjamin Owens, *on behalf of themselves and on behalf of their minor child*, real party in interest A.O.; David Hawley, *on behalf of themselves and on behalf of their minor children* real party in interest A.H., real party in interest L.H.; Erin Hawley, *on behalf of themselves and on behalf of their minor children*, real party in interest A.H, real party in interest L.H.; Dustin McCrory, *on behalf of themselves and on behalf of his minor children*, real party in interest E.M.; real party in interest P.M., real party in interest L.M.; Gary Sernovitz, *on behalf of themselves and on behalf of their minor child*, real party in interest T.S.; Molly Pulda, *on behalf of themselves and on behalf of their minor child*. real party in interest T.S.; Christy Alkire, *on behalf of herself and on hehalf of her minor child*, real party in interest L.A.; Joshua Herlands, *on behalf of himself and on behalf of his minor children*, real party in interest E.H., real party in interest J.H.,

*Plaintiffs—Appellees*,

*versus*

Cade Brumley, *in his official capacity as the Louisiana State Superintendent of Education*; Conrad Appel, *in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education (LSBESE)*; Judy Armstrong, *in her official capacity as a member of the LSBESE*; Kevin Berken, *in his official capacity as a member of the LSBESE*; Preston Castille, *in his official capacity as a member of LSBESE*; Simone Champagne, *in her official capacity as a member of the LSBESE*; Sharon Latten-Clark, *in her official capacity as a member of the LSBESE*; Lance Harris, *in his official capacity as a member of LSBESE*; Paul Hollis, Louisiana State Board of Elementary and Secondary Education; Sandy Holloway, *in her official capacity as a member of the LSBESE*; Stacey Melerine, *in her official capacity as a member of the LSBESE*; Ronnie Morris, *in his official capacity as a member of the LSBESE*; East Baton Rouge Parish School Board; Livingston Parish School Board; Vernon Parish School Board; St. Tammany Parish School Board,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:24-CV-517

---

Before Dennis, Haynes, and Ramirez, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

James L. Dennis, *Circuit Judge*, concurring.