# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 27, 2025

Ms. Nora Ahmed
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000

Mr. Patrick Elliott
Freedom From Religion Foundation, Incorporated
10 N. Henry Street
Madison, WI 53703

Mr. Samuel Troxell Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Mr. Alex J. Luchenitser
Americans United for Separation of Church & State
1310 L Street, N.W.
Suite 200
Washington, DC 20005

Mr. Daniel Mach
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000

Mr. Charles Andrew Perry
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000

Ms. Heather Weaver
American Civil Liberties Union Foundation
915 15th Street, N.W.
Suite 600
Washington, DC 20005

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

    No. 24-30706   Roake v. Brumley
                           USDC No. 3:24-CV-517

Dear Counsel:

This letter is to advise the parties that the court has requested a response to the Appellants' Petition for rehearing en banc to be filed in this office on or before July 7, 2025.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            */s/ Melissa Mattingly*
                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Michael Berry
    Mr. Geoffrey Thomas Blackwell
    Mr. Talmadge Butts
    Mr. Joseph Carl Cecere Jr.
    Mr. Joseph Charles Davis
    Mr. John Allen Eidsmoe
    Mr. Zachary Faircloth
    Mr. Benjamin Fleshman
    Ms. Kelsey Flores
    Ms. Lindsay Claire Harrison
    Mr. Matthew F. Kuhn
    Mr. James R. McGuire
    Mr. Justin Miller
    Ms. Andrea M. Picciotti-Bayer
    Mr. Brian Raphel
    Mr. Eric C. Rassbach
    Ms. Amanda Leigh Salz
    Mr. Gene C. Schaerr