No. 24-30706

# In the United States Court of Appeals for the Fifth Circuit

DARCY ROAKE, REVEREND, ON BEHALF THEMSELVES AND ON BEHALF OF THEIR MINOR CHILDREN, ET AL.,
*Plaintiffs-Appellees*

v.

CADE BRUMLEY, IN HIS OFFICIAL CAPACITY AS THE LOUISIANA STATE SUPERINTENDENT OF EDUCATION, ET AL.,
*Defendants-Appellants*

───────────────

On Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:24-cv-517, Hon. John W. deGravelles

───────────────

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR REHEARING EN BANC**

───────────────

| | |
|---|---|
| ERIC C. RASSBACH | ELIZABETH B. MURRILL |
| JOSEPH C. DAVIS | Attorney General of Louisiana |
| BENJAMIN A. FLESHMAN | |
| AMANDA L. SALZ | J. BENJAMIN AGUIÑAGA |
| KELSEY BAER FLORES | Solicitor General |
| THE BECKET FUND FOR | ZACHARY FAIRCLOTH |
|   RELIGIOUS LIBERTY | Principal Deputy Solicitor General |
| 1919 Pennsylvania Ave. NW | |
|   Suite 400 | CAITLIN HUETTEMANN |
| Washington, D.C. 20006 | Assistant Solicitor General |
| | OFFICE OF THE ATTORNEY GENERAL |
| | 1885 N. 3rd St. |
| | Baton Rouge, LA 70802 |
| | (225) 506-3746 |
| | AguinagaB@ag.louisiana.gov |

## CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required here because, under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellants—as "governmental" parties—need not furnish a certificate of interested persons.

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

## MOTION

Defendants respectfully request leave to file a 1,500-word reply (attached here) in support of their petition for rehearing en banc, ECF 226, in light of new arguments raised in Plaintiffs' response, ECF 233. Specifically, Plaintiffs argue that the Panel Opinion is justified under the Free Exercise Clause. Resp.20–21. But because the Panel expressly declined to rule on Plaintiffs' Free Exercise Clause claim, *see* Op.23 n.14, Defendants did not address this claim in their petition.

Plaintiffs also rely heavily on the Supreme Court's recent decision in *Mahmoud v. Taylor*, 2025 WL 1773627 (U.S. June 27, 2025), both in their standing and Establishment Clause arguments and in their Free Exercise arguments. *See* Resp.1, 2, 3, 8, 11, 17, 18, 20, 21. Because *Mahmoud* was decided the day after Defendants filed their petition, Defendants did not have an opportunity to address what impact, if any, that case may have on their petition. Nor will they otherwise have a chance to respond to Plaintiffs' extensive reliance on *Mahmoud*. Accordingly, Defendants respectfully request leave to file a reply brief addressing Plaintiffs' arguments regarding the relevance of *Mahmoud* and the Free Exercise Clause. Plaintiffs take no position on this request.

| | |
|---|---|
| | Respectfully submitted, |
| | ELIZABETH B. MURRILL<br>Attorney General of Louisiana |
| ERIC C. RASSBACH<br>JOSEPH C. DAVIS<br>BENJAMIN A. FLESHMAN<br>AMANDA L. SALZ<br>KELSEY BAER FLORES<br>THE BECKET FUND FOR<br>  RELIGIOUS LIBERTY<br>1919 Pennsylvania Ave. NW<br>  Suite 400<br>Washington, D.C. 20006<br><br>*Counsel for Appellants*<br>*Brumley and LSBESE Officials*<br><br>Dated:    July 9, 2025 | */s/ J. Benjamin Aguiñaga*<br>J. BENJAMIN AGUIÑAGA<br>Solicitor General<br><br>ZACHARY FAIRCLOTH<br>Principal Deputy Solicitor General<br><br>CAITLIN HUETTEMANN<br>Assistant Solicitor General<br><br>OFFICE OF THE ATTORNEY GENERAL<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746<br>AguinagaB@ag.louisiana.gov<br><br>*Counsel for Appellants* |

## CERTIFICATE OF SERVICE

I certify that on July 9, 2025, I filed the foregoing brief with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

## CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this motion complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 195 words; and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 2016 (the same program used to calculate the word count).

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

Dated:   July 9, 2025