*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Nora Ahmed
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000

Mr. Joseph Charles Davis
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Mr. Patrick Elliott
Freedom From Religion Foundation, Incorporated
10 N. Henry Street
Madison, WI 53703

Mr. Zachary Faircloth
Louisiana Department of Justice
Federalism Division
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Benjamin Fleshman
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Ms. Kelsey Flores
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Mr. Samuel Troxell Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701


Ms. Caitlin Ann Huettemann
Office of the Attorney General
for the State of Louisiana
1885 N. 3rd Street
Baton Rouge, LA 70802


Mr. Alex J. Luchenitser
Americans United for Separation of Church & State
1310 L Street, N.W.
Suite 200
Washington, DC 20005


Mr. Daniel Mach
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000


Mr. Charles Andrew Perry
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000


Mr. Eric C. Rassbach
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006


Ms. Amanda Leigh Salz
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006


Ms. Heather Weaver
American Civil Liberties Union Foundation
915 15th Street, N.W.
Suite 600
Washington, DC 20005


Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

    No. 24-30706    Roake v. Brumley
                      USDC No. 3:24-CV-517

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

The case will be calendared at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

Appellants will have until November 5, 2025, to file an en banc brief and the Appellees' en banc brief is due on December 5, 2025. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee).

Unless directed otherwise, principal brief rules apply to en banc grants and supplemental briefs requested by the court.

Additionally, reply briefs are not allowed when cases are granted en banc unless you have leave of court.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by October 20, 2025. Copies of Amicus briefs are not required.

Please contact me if you have any questions.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Peter A. Conners, Deputy Clerk
                        504-310-7685

cc:
   Mr. Michael Berry
   Mr. Geoffrey Thomas Blackwell

Mr. Talmadge Butts
Mr. Joseph Carl Cecere Jr.
Mr. John Allen Eidsmoe
Ms. Lindsay Claire Harrison
Mr. Matthew F. Kuhn
Mr. James R. McGuire
Mr. Justin Miller
Ms. Andrea M. Picciotti-Bayer
Mr. Brian Raphel
Mr. Gene C. Schaerr