No. 24-30706

# United States Court of Appeals for the Fifth Circuit

---

DARCY ROAKE, REVEREND, ON BEHALF OF THEMSELVES AND
ON BEHALF OF THEIR MINOR CHILDREN, ET AL..,
PLAINTIFFS-APPELLEES,

*v.*

CADE BRUMLEY, IN HIS OFFICIAL CAPACITY AS THE
LOUISIANA STATE SUPERINTENDENT OF EDUCATION; ET AL.,
DEFENDANTS-APPELLANTS.

---

*APPEAL FROM THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA,
NOS. 3:24-CV-517, HON. JOHN W. DEGRAVELLES, PRESIDING*

---

**UNOPPOSED MOTION FOR LEAVE TO FILE EN BANC BRIEF OF FAMILY RESEARCH COUNCIL AS *AMICUS CURIAE* SUPPORTING APPELLANTS AND REVERSAL**

---

CHRISTOPHER MILLS
Spero Law LLC
557 East Bay Street #22251
Charleston, SC 29413
(843) 606-0640
cmills@spero.law

Counsel for *Amicus Curiae*

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES

*Roake v. Brumley*, No. 24-30706:

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1, in addition to those listed in the briefs of the parties, have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

***Amicus*:** Family Research Council does not have a parent corporation and is not publicly held.

**Counsel for *Amicus*:** Christopher Mills of Spero Law LLC.

*/s Christopher Mills*
Christopher Mills

Counsel for *Amicus Curiae*

November 12, 2025

Proposed *amicus* Family Research Council (FRC) moves for leave to file the accompanying brief as *amicus* in support of Appellants at the en banc stage. All parties consented to this brief.

FRC is a nonprofit research and educational organization dedicated to articulating and advancing a family-centered philosophy of public life. FRC exists to affirm and promote the traditional family and the Judeo-Christian principles upon which this country is built. FRC provides resources and guidance for citizens and policymakers concerned about national policy as it relates to cultural morality. FRC believes that prohibiting displays of the Ten Commandments denies the historical facts of our religious heritage as a nation, and thus has a significant interest in this case.

The proposed brief adds substantive arguments on issues significant to the Court's resolution of this case. First, it explains that what matters here under the original public meaning of the Establishment Clause is whether the government coerces individuals by force of law to participate in or otherwise support a formal religious exercise. A passive display of the Ten Commandments in a schoolroom is not coercion to participate in a formal religious exercise.

Second, the brief addresses the district court's extensive reliance on a purported expert, a former litigator for the Plaintiffs' counsel who is now a law professor. The brief argues that such expert testimony is misplaced, given the focus

in this case on the legal determination of the Establishment Clause's meaning. The brief also shows that the expert's testimony is otherwise legally irrelevant and factually dubious.

Thus, the brief adds pertinent arguments on issues central to the proper resolution of this case. "[C]ourts should welcome amicus briefs for one simple reason: '[I]t is for the honour of a court of justice to avoid error in their judgments.'" *Lefebure v. D'Aquilla*, 15 F.4th 670, 675 (5th Cir. 2021). "No benefit would be served by depriving the [C]ourt of the opportunity to engage with" the arguments presented in this brief. *Id.* at 674. "[T]o the contrary, that would contradict the whole point of our adversarial legal system." *Id.*

For these reasons, the Court should grant the motion and file the attached brief.

                                            Respectfully submitted,

                                            *s/ Christopher Mills*
                                            CHRISTOPHER MILLS
                                            Spero Law LLC
                                            557 East Bay Street #22251
                                            Charleston, SC 29413
                                            (843) 606-0640
                                            cmills@spero.law

                                  Counsel for *Amicus Curiae*

NOVEMBER 12, 2025

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 358 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

3. This document has been scanned for viruses and is virus-free.

Dated: November 12, 2025

*/s Christopher Mills*
Christopher Mills

## CERTIFICATE OF SERVICE

I, Christopher Mills, an attorney, certify that on this day the foregoing Motion was served electronically on all parties via CM/ECF.

Dated: November 12, 2025

                                              *s/ Christopher Mills*
                                              Christopher Mills