No. 24-30706

# In the United States Court of Appeals for the Fifth Circuit

DARCY ROAKE, REVEREND, ON BEHALF THEMSELVES AND ON BEHALF OF THEIR MINOR CHILDREN, ET AL.,

*Plaintiffs-Appellees*

v.

CADE BRUMLEY, IN HIS OFFICIAL CAPACITY AS THE LOUISIANA STATE SUPERINTENDENT OF EDUCATION; ET AL.,

*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:24-cv-517, Hon. John W. deGravelles

**UNOPPOSED MOTION FOR LEAVE TO FILE *EN BANC* AMICUS CURIAE BRIEF OF THE ROBERSTON CENTER FOR CONSTITUTIONAL LAW IN SUPPORT OF DEFENDANTS-APPELLANTS AND REVERSAL**

LAURA B. HERNANDEZ
*Counsel of Record*
CHRISTIAN B. EDMONDS*
ROBERTSON CENTER FOR
CONSTITUTIONAL LAW
1000 Regent University Dr.
Virginia Beach, VA 23464
(757) 352-4000
lhernandez@regent.edu

*Attorneys For Amicus Curiae*

*Not admitted in this jurisdiction

# SUPPLEMENTAL STATEMENT OF INTERESTED PARTIES

No. 24-30706
*Roake, et al. v. Brumley, et al.*

Pursuant to 5th Cir. R. 29.2, the undersigned counsel of record hereby certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1, in addition to those listed in the briefs of the parties, have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

<u>*Amicus Curiae*</u>:
Robertson Center for Constitutional Law

<u>Counsel for *Amicus Curiae*</u>:
Laura B. Hernandez
Christian B. Edmonds

In accordance with Federal Rule of Appellate Procedure 26.1, *amicus curiae* Robertson Center for Constitutional Law states that it is not publicly traded and has no parent corporations. No publicly traded corporation owns 10% or more of *amicus*.

*/s/ Laura B. Hernandez*
Laura B. Hernandez
*Counsel of Record for Amicus Curiae*

Proposed *amicus*, The Robertson Center for Constitutional Law (Center), moves for leave to file the accompanying brief as amicus in support of Appellants at the *en banc* stage. All parties consented to this brief.

The Robertson Center for Constitutional Law (Center) is an academic center within the Regent University School of Law. Established in 2020, the Center pairs scholarship and advocacy to advance first principles in constitutional law, including limited government, separation of powers, religious liberty, and the rule of law. The Center regularly represents organizations of various faith traditions that support religious freedom, conscience rights, and the sanctity of human life.

Pursuant to 5th Cir. R. 29(a)(3), the Center seeks leave to file the attached *en banc* amicus brief proposing a two-step analytical framework grounded in *Kennedy v. Bremerton School District*, 597 U.S. 507, 535 (2022) and its predecessor cases. The brief explains that under the proposed two-step framework, Louisiana's law, H.B. 71, which requires every public-school classroom to display the Ten Commandments in large, legible font as the "central focus" of a framed poster, is constitutional. All parties have consented to the filing of this proposed brief.

Thus, the brief adds pertinent arguments on issues central to the proper resolution of this case. "[C]ourts should welcome amicus briefs for one simple reason: '[I]t is for the honour of a court of justice to avoid error in their judgments.'"

*Lefebure v. D'Aquilla*, 15 F.4th 670, 675 (5th Cir. 2021). "No benefit would be served by depriving the [C]ourt of the opportunity to engage with" the arguments presented in this brief. *Id.* at 674. "[T]o the contrary, that would contradict the whole point of our adversarial legal system . . . ." *Id.*

For these reasons, the Court should grant the motion and file the attached brief.

                                                Respectfully Submitted,

                                                */s/ Laura B. Hernandez*
                                                Laura B. Hernandez
                                                *Counsel of Record*
                                                Robertson Center For
                                                Constitutional Law
                                                1000 Regent University Dr.
                                                Virginia Beach, VA 23464
                                                (757) 352-4000
                                                lhernandez@regent.edu

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 293 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

3. This document has been scanned for viruses and is virus-free.

Dated: November 12, 2025

*/s Laura B. Hernandez*
Laura B. Hernandez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF filing system, and therefore service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

Dated: November 12, 2025

*/s/ Laura B. Hernandez*
Laura B. Hernandez