# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 17, 2025

Lyle W. Cayce
Clerk

No. 24-30706

DARCY ROAKE, REVEREND, ON BEHALF THEMSELVES and *on behalf of their minor children*, REAL PARTY IN INTEREST A.V., REAL PARTY IN INTEREST S.V.; ADRIAN VAN YOUNG, *on behalf of themselves and on behalf of their minor children*, REAL PARTY IN INTEREST A.V., REAL PARTY IN INTEREST S.V.; MAMIE BROADHURST, REVEREND, *on behalf of themselves and on behalf of their minor child*, REAL PARTY IN INTEREST N.W.; RICHARD WILLIAMS, REVEREND, *on behalf of themselves and on behalf of their minor child*, REAL PARTY IN INTEREST N.W.; JEFF SIMS, REVEREND, *on behalf of himself and on behalf of his minor children*, REAL PARTY IN INTEREST A.S., REAL PARTY IN INTEREST C.S. 1, REAL PARTY IN INTEREST C.S. 2; JENNIFER HARDING, *on behalf of themselves and on behalf of their minor child*, REAL PARTY IN INTEREST A.O.; BENJAMIN OWENS, *on behalf of themselves and on behalf of their minor child*, REAL PARTY IN INTEREST A.O.; DAVID HAWLEY, *on behalf of themselves and on behalf of their minor children* REAL PARTY IN INTEREST A.H., REAL PARTY IN INTEREST L.H.; ERIN HAWLEY, *on behalf of themselves and on behalf of their minor children*, REAL PARTY IN INTEREST A.H, REAL PARTY IN INTEREST L.H.; DUSTIN MCCRORY, *on behalf of themselves and on behalf of his minor children*, REAL PARTY IN INTEREST E.M.; REAL PARTY IN INTEREST P.M., REAL PARTY IN INTEREST L.M.; GARY SERNOVITZ, *on behalf of themselves and on behalf of their minor child*, REAL PARTY IN INTEREST T.S.; MOLLY PULDA, *on behalf of themselves and on behalf of their minor child*. REAL PARTY IN INTEREST T.S.; CHRISTY ALKIRE, *on behalf of herself and on behalf of her minor child*, REAL PARTY IN INTEREST L.A.; JOSHUA HERLANDS, *on behalf of himself and on behalf of his minor children*, REAL PARTY IN INTEREST E.H., REAL PARTY IN INTEREST J.H.,

*Plaintiffs—Appellees,*

No. 24-30706

*versus*

CADE BRUMLEY, *in his official capacity as the Louisiana State Superintendent of Education*; CONRAD APPEL, *in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education (LSBESE)*; JUDY ARMSTRONG, *in her official capacity as a member of the LSBESE*; KEVIN BERKEN, *in his official capacity as a member of the LSBESE*; PRESTON CASTILLE, *in his official capacity as a member of LSBESE*; SIMONE CHAMPAGNE, *in her official capacity as a member of the LSBESE*; SHARON LATTEN-CLARK, *in her official capacity as a member of the LSBESE*; LANCE HARRIS, *in his official capacity as a member of LSBESE*; PAUL HOLLIS, LOUISIANA STATE BOARD OF ELEMENTARY and SECONDARY EDUCATION; SANDY HOLLOWAY, *in her official capacity as a member of the LSBESE*; STACEY MELERINE, *in her official capacity as a member of the LSBESE*; RONNIE MORRIS, *in his official capacity as a member of the LSBESE*; EAST BATON ROUGE PARISH SCHOOL BOARD; LIVINGSTON PARISH SCHOOL BOARD; VERNON PARISH SCHOOL BOARD; ST. TAMMANY PARISH SCHOOL BOARD,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:24-CV-517

_____

ORDER:

IT IS ORDERED that the unopposed motion of Foundation for Moral Law for leave to file an amicus curiae brief in support of Appellants' supplemental en banc brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of The Conscience Project and Mark Hall for leave to file an amicus curiae brief in support of Appellants' supplemental en banc brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Family Research Council for leave to file an amicus curiae brief in support of Appellants' supplemental en banc brief is GRANTED.

IT IS FURTHER ORDERED that the motion of Alaska, Kansas, Kentucky, Alabama, Alaska, Arkansas, Florida, Idaho, Indiana, Iowa, Kansas, Mississippi, Missouri, Nebraska, Ohio, South Carolina, South Dakota, Tennessee, Utah, and West Virginia for leave to file an amicus curiae brief in support of Appellants' supplemental en banc brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of The Robertson Center for Constitutional Law for leave to file an amicus curiae brief in support of Appellants' supplemental en banc brief is GRANTED.

IT IS FURTHER ORDERED that the motion of America First Policy Institute and Lorenzo Sewell for leave to file an amicus curiae brief in support of Appellants' supplemental en banc brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Fraternal Order of Eagles for leave to file an amicus curiae brief in support of Appellants' supplemental en banc brief is GRANTED.

IT IS FURTHER ORDERED that the motion of Michael Johnson, Dodie Horton and Adam Bass for leave to file an amicus curiae brief in support of Appellants' supplemental en banc brief is GRANTED.

IT IS FURTHER ORDERED that the motion of America's Future, Restoring Liberty Action Committee, LONANG Institute and Conservative Legal Defense and Education Fund for leave to file an amicus

curiae brief in support of Appellants' supplemental en banc brief is
GRANTED.

/s/ Jennifer W. Elrod

JENNIFER WALKER ELROD
*Chief Judge*