# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 13, 2026



Clerk
United States Court of Appeals for the Fifth
Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Darcy Roake, Reverend, Individually and on Behalf of Their
Minor Children, Real Party in Interest A.V., Real Party in
Interest S.V., et al.
v. Cade Brumley, Superintendent, Louisiana State Education, et
al.
Application No. 25A1239
(Your No. 24-30706)

Dear Clerk:

The application for an extension of time within which to file a petition
for a writ of certiorari in the above-entitled case has been presented to
Justice Alito, who on May 13, 2026, extended the time to and including June
20, 2026.

This letter has been sent to those designated on the attached
notification list.

Sincerely,

Scott S. Harris, Clerk

by

Sara Simmons
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

NOTIFICATION LIST

**Scott S. Harris**
**Clerk of the Court**
(202) 479-3011

Mr. Jonathan K. Youngwood
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130