# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 8, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Cade Brumley, Superintendent, Louisiana State Education, et al.
v. Darcy Roake, Reverend, Individually and on Behalf of Their
Minor Children, Real Parties in Interest A. V. and S. V., et al.
No. 25-1360
(Your No. 24-30706)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 21, 2026 and placed on the docket June 8, 2026 as No. 25-1360.

Sincerely,

Scott S. Harris, Clerk

by

Irma Orellana
Case Analyst